UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80011-TP-Rosenberg

UNITED STATES OF AMERICA,

v.

JOSE MANUEL GOYOS, JR.,

      Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, JOSE MANUEL GOYOS, appeared before the Court on August 24, 2022, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of conspiracy to commit mail and wire fraud in connection with telemarketing fraud, in violation of Title 18 U.S.C. § 1349 and 18 U.S.C. § 2326(1). Following this conviction, he was sentenced to ninety-six (96) months in prison and three (3) years of supervised release.

The Defendant began his term of supervised release on August 6, 2020. He presently stands charged with violating his supervised release by: (1) failing to refrain from violation of the law; (2) by failing to refrain from violation of the law (3) failing to refrain from violation of the law (4) unlawfully possessing or using a controlled substance and (5) failing to refrain from violation of the law.

Defendant freely, knowingly, and voluntarily admitted to violations 4 and 5, through counsel, stated his wish to proceed to sentencing. The United States Attorney, with the concurrence of the Probation Officer, requested the Court hold violations 1, 2 and 3 in

abeyance until after the criminal matter in case number 22-80022-Cr-Cannon is resolved. The Court granted the motion. Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 4 and 5. The Court further RECOMMENDS that violations 1, 2 and 3 be held in abeyance and that the sentencing not be set until after the criminal matter in case number 22-80022-Cr-Cannon is resolved.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 29th day of August 2022.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE